

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

July 20, 2016

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:  <u>Ruben An v. City of New York</u>, 16 Civ. 5381 (LGS)

Your Honor:

      I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendant City of New York, in the above-referenced matter. I write with the consent of plaintiff's counsel to respectfully request an adjournment of the initial conference scheduled in this matter for September 6, 2016 at 11:00 a.m., for the reason that I have a previously scheduled vacation beginning August 29, 2016, returning September 12, 2016. I am also informed that at least one of plaintiff's counsel is unavailable on September 6, 2016, as well.  The parties have conferred and suggest September 28, 29, 30 or October 5, 6, 7 or 10, as dates available for all counsel for the conference.

      This is the first such request.

      Thank you for your consideration herein.

      Respectfully submitted,

      /s/

      Mark D. Zuckerman
      Senior Counsel

cc: All counsel (ECF)