Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Charles S. Sims
Partner
d 212.969.3950
f 212.969.2900
csims@proskauer.com
www.proskauer.com

August 17, 2017

**Via ECF**

Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

> **Re: 16-cv-05381 An v. The City of New York, Joint Letter**

Your Honor:

We write jointly pursuant to the to the Court's Individual Rule IV.A.2 with an update on the status of the case.

The parties have exchanged discovery requests and responses. Defendant served its First Set of Interrogatories and Requests for Production of Documents to Plaintiff on June 16, 2017. Plaintiff served his Responses and Objections to Defendant's First Set of Interrogatories and Requests for Production of Documents on July 17, 2017. Plaintiff served his First Request for Production of Documents and First Set of Interrogatories on June 30, 2017. Defendant served its Responses and Objections to Plaintiff's First Set of Interrogatories and Requests for Production of Documents on August 4, 2017. Although no discovery disputes have yet been raised, should they arise, the parties agree to meet and confer to attempt to resolve them.

The procedural history of this case is as follows: Plaintiff filed his Complaint on July 6, 2016. Defendant filed a Motion to Dismiss the Complaint on August 26, 2016. Plaintiff filed a Memorandum of Law in Opposition to Defendant's Motion to Dismiss on September 16, 2016. Defendant filed a Reply Memorandum of Law in Support of its Motion to Dismiss on September 22, 2016. The Court granted Defendant's Motion to Dismiss on February 2, 2017. Plaintiff filed a Motion for Leave to Amend the Complaint on February 23, 2017. Defendant filed a Memorandum of Law in Opposition to the Motion for Leave to Amend the Complaint on March 16, 2017. Plaintiff filed a Reply Memorandum of Law in Support of its Motion for Leave to Amend the Complaint on March 23, 2017. The Court granted the Motion for Leave to Amend the Complaint on June 1, 2017. Plaintiff filed an Amended Complaint on June 2, 2017. Defendant filed its Answer to the Amended Complaint on June 15, 2017. There are no motions currently pending.

**Proskauer»**

August 17, 2017
Page 2

      The parties are working together to keep the discovery process on track and do not anticipate any issues in meeting the discovery deadlines set by the Court. The parties plan to meet and confer on August 24 to discuss any potential issues arising from the discovery responses that have been exchanged.


| /s/ Charles S. Sims | /s/ Mark Zuckerman |
|---|---|
| Charles S. Sims | Mark Zuckerman |
| Proskauer Rose LLP | Senior Corporation Counsel |
| On behalf of Ruben An | On behalf of the City of New York |

**Proskauer»**