

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

MARK D. ZUCKERMAN
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

October 9, 2018

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  Ruben An v. City of New York, 16 Civ. 5381 (LGS)

Your Honor:

I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendant City of New York, in the above-referenced matter. I write jointly with plaintiff's counsel to respectfully request that Your Honor execute the parties' Stipulation and Order of Dismissal with prejudice. In accordance with Your Honor's Individual Rules of Practice, we also enclose the parties' Stipulation of Settlement.

Thank you for your consideration herein.

Respectfully submitted,

/s/

Mark D. Zuckerman
Senior Counsel

cc:    All counsel (ECF)