UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RUBEN AN,

                                                  Plaintiffs,

                -against-

THE CITY OF NEW YORK,

                                                  Defendant.

------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

16 CV 5381 (LGS)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2.   Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       October 5, 2018

THE LEGAL AID SOCIETY
199 Water Street, 6th Floor
New York, New York 100038
*Attorneys for Plaintiff Ruben An*

By: _____
Cynthia H. Conti-Cook
Josh Carrin
Sarah Sullivan

PROSKAUER
11 Times Square
New York, New York 10036-8299
*Attorneys for Plaintiff Ruben An*

By: _____
William C. Silverman
Zachary Chalett

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendant City of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Mark D. Zuckerman
*Senior Counsel*

SO ORDERED:

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: _____, 2018